JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vitaliy-Olegovich Krasnoperov, <br><br> Plaintiff, <br><br> v. <br><br> State of California, <br><br> Defendants. | SACV 18-01474 JVS(KESx) <br><br> ORDER OF DISMISSAL |

The Court having issued an Order to Show Cause on November 29, 2018 as to why this action should not be dismissed for lack of prosecution, and the plaintiff having filed a response on December 7, 2018, and the Court having considered the response,

IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: February 4, 2019

_____
James V. Selna
United States District Judge